Leslie A. HAYMOND, Plaintiff–Appellant,

v.

BANK OF NEW YORK MELLON, NA; BAC Home Loans Servicer LP, d/b/a Bank of America, NA; Bank of America Home Loans; Recontrust Compa-

ny, NA; ALG Trustee, LLC; Mers, Inc.; REDC Default Solutions; Bank of America, NA; Does 1–100, Defendants–Appellees.

No. 12–1016.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2012.

Decided: April 30, 2012.

Leslie A. Haymond, Appellant Pro Se. Allison Monger, McGuirewoods, LLP, Richmond, Virginia; Dean L. Robinson, Atlantic Law Group, LLC, Leesburg, Virginia; Carrie Margaret Harris, King Fitchett Tower, Spilman, Thomas & Battle, PLLC, Roanoke, Virginia, for Appellees.

Before AGEE and WYNN, Circuit Judges.*

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leslie A. Haymond appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Haymond v. Bank of New York Mellon, NA*, No. 1:11–cv–00800–AJT–JFA ˙ (E.D.Va. Dec. 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

---

* The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2006).